# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EUGENE PETER KENWORTHY, JR.** | : | **NO. 17-432-1** |

## ORDER

**NOW,** this 6th day of March, 2025, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc No. 38), Defendant's request to seal the Motion and accompanying Exhibit, the Government's Response in Opposition to Defendant's Motion for Early Termination of Supervised Release, and the Government's Response in Opposition to Sealing Defendant's Motion, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that:

1. The request to seal the motion is **DENIED;** and

2. Exhibit A to Defendant's Motion for Early Termination of Supervised Release (Doc No. 38-1) is **SEALED** and **IMPOUNDED.**

　　　　　　　　　　　　　　　　　　　　　　 /s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.